# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. WHITNEY,<br>   Plaintiff,<br>   v.<br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br>   Defendants. | Case No.:   2:24-cv-001130-DJC-AC<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff JENNIFER L. WHITNEY ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 December 19, 2024.

    The issue of Plaintiff's attorneys' fees, costs, and expenses remains outstanding. Plaintiff's attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $80,000.00 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Dated:  December 26, 2024    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE